IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOHN E. BRACAMONTE,**

                Plaintiff,

    v.

**R. GRADY, et al.,**

                Defendants.

Case No. 2:09-CV-1205 KJM P

**ORDER**

    Defendants' request to modify the Scheduling Order (docket no. 24) was considered by this Court, and good cause appearing:

    **IT IS HEREBY ORDERED** that the Scheduling Order of February 23, 2010, is modified so the last day to file pretrial motions is to and including September 30, 2010.

Dated: August 20, 2010.

_____
U.S. MAGISTRATE JUDGE