IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. BRACAMONTE,

        Plaintiff,                No. CIV S-09-1205 KJM P

    vs.

R. GRADY, et al.,

        Defendants.        <u>ORDER</u>

                            /

        Defendants have requested an extension of time to file a motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' October 5, 2010 request for an extension of time is granted;

        2. Their motion to dismiss is deemed timely;

        3. The Clerk of the Court is directed to file defendants' motion to dismiss separately; and

        4. Plaintiff shall file his opposition to defendants' motion no later than thirty days from this order.

DATED: October 14, 2010.

                                                  U.S. MAGISTRATE JUDGE

1/brac1205.36

1